IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MT. HAWLEY INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00780-JKP |
| vs. | § § | |
| HCS 410 HOLDINGS, LLC, | § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings. On this day, the undersigned held a Status Conference in this case to address whether there are any pretrial matters remaining for the undersigned's consideration before returning the case to the District Court for a trial setting. All pretrial deadlines have expired, and the District Court recently denied Defendant's motion for summary judgment and dismissed as moot Defendant's motion to strike. At the conference, Defendant informed the Court that it intends to file a motion for reconsideration asking the Court to rule on its argument regarding the alleged mistake by the umpire, and because Defendant's position is that the ruling on the summary judgment motion did not moot the motion to strike. The parties agreed that there are no further matters for the undersigned's consideration and that they are ready for a trial setting. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 28th day of April, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE